**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CANDICE L. SMITH, )
)
    Plaintiff, )
)
vs. ) Cause No. 4:23-cv-00821-MTS
)
HUGGINS METAL FINISHING, INC., )
d/b/a SULLIVAN PRECISION METAL FINISHING, )
)
    Defendant. )

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**
**AGREEMENT OF FLSA CLAIM**

The parties hereby jointly move for the Court to approve their Settlement Agreement reached in this case, and to dismiss this case, with prejudice.

1.      On June 26, 2023, Plaintiff Candice L. Smith ("Plaintiff") filed this purported collective action against Defendant, alleging that Defendant had failed to pay overtime wages due to Plaintiff in violation of the Fair Labor Standards Act ("FLSA"). Defendant generally contests Plaintiff's allegations that its rounding practice violated the FLSA.

2.      Plaintiff and Defendant have agreed to and executed a Settlement Agreement, a copy of which is attached hereto as **Exhibit A**.

3.      Plaintiff and Defendant represent to the Court that the Settlement Agreement was reached after substantial negotiation, and settles heavily disputed claims.

4.      The Settlement Agreement provides both for additional wages to be paid to Ms. Whelchel, and for attorney fees and costs to be paid to her counsel.

5.      Plaintiff and Defendant represent to the Court that this Settlement Agreement is fair and just under all of the circumstances.  A proposed Order is attached as **Exhibit B** for the Court's consideration.

WHEREFORE, the parties request that the Court enter its Order approving the Settlement Agreement between Plaintiff Defendant, and that it dismisses Plaintiff's Complaint with prejudice, each party to bear its own costs and attorneys' fees except as set forth in the Settlement Agreement.

MCCARTHY, LEONARD, KAEMMERER, L.C.

By:      /s/ Bryan M. Kaemmerer
        Bryan M. Kaemmerer, #52998
        bkaemmerer@mlklaw.com
        825 Maryville Centre Drive, Suite 300
        Town & Country, MO 63017
        314-392-5200/314-392-5221

        Attorneys for Defendant

THE ROLWES EMPLOYMENT FIRM

By:      /s/ Philip Oliphant
        Philip Oliphant, Bar No. TN025990
        1951 Mignon Avenue
        Memphis, TN 38107
        901.519.9135/901.979.2499
        poliphant@rolweslaw.com

        Edward J. Rolwes, #51522
        4818 Washington Blvd.
        St. Louis, MO 63108
        314-806-9628/314-472-0900
        erolwes@rolweslaw.com

        Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 3rd day of December, 2024 to all parties of record through the courts electronic filing service.

<u>/s/ Bryan M. Kaemmerer</u>